UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
CARLOS R. CORPAS ACOSTA                                Case No. 2014-15605
    Debtor,                                  Chapter 7
_____/

## MOTION TO REOPEN CHAPTER 7 CASE FOR SOLE PURPOSE OF FILING CERTIFICATE OF DEBTOR EDUCATION COURSE AND REQUEST ENTRY OF DISCHARGE

**COMES NOW**, the debtor CARLOS R. CORPAS ACOSTA, (hereinafter referred to as "Debtor") by and through undersigned counsel and files this Motion to Reopen Chapter 7 Case for Sole Purpose Filing Certificate of Debtor Education Course and Request Entry of Discharge and as grounds therefore states the following:

1. The Debtor failed to complete the Education Course of Financial Management therefore, undersigned counsel was unable to file the certificate of completion of the Education Course of Financial Management in a timely manner and consequently the case was closed without the entry of a discharge.

2. Along with this Motion, the undersigned is entering a Notice of Filing Certificate of Completion of the Debtor Education Course of Financial Management on behalf of the Debtor. Please see the Certificate of Completion attached hereto as exhibit "A".

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter and Order Granting Debtor's Motion to Re-open the instant case for the sole purpose of filing the Certificate of Debtor Education and Request Entry of Discharge.

1

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 22nd day of July 2014: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161

Certificate Number: 17082-FLS-DE-023626622

Bankruptcy Case Number: 14-15605



17082-FLS-DE-023626622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2014, at 11:47 o'clock AM MST, CARLOS R CORPAS ACOSTA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: June 16, 2014       By:    /s/Orsolya K Lazar

                          Name:  Orsolya K Lazar

                          Title: Executive Director

Exhibit "A".