CGFD64 (2/22/11)



**ORDERED in the Southern District of Florida on July 23, 2014**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−15605−LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Raul Corpas Acosta
aka Carlos Corpasacosta, aka Carlos Corpas Acosta, aka
Carlos R Corpas Acosta, aka Carlos Raul Corpas, aka Carlos
R Corpas, ...
2993 NW 95 Terrace
Miami, FL 33147

SSN: xxx−xx−6370

### ORDER REOPENING CASE TO ISSUE DISCHARGE OF DEBTOR UPON FILING OF DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

THIS CAUSE having come before the court ex parte upon the motion to reopen case to file the Official Bankruptcy Form "DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT" and to request entry of the discharge pursuant to Local Rule 5010−1(G), and the court having considered the motion and having determined that the debtor(s) has paid the required reopening fee and has now met all requirements for issuance of a discharge, it is

**ORDERED** that this case is reopened to issue a discharge to the debtor(s) Carlos Raul Corpas Acosta . The clerk of court shall serve a copy of the discharge on all parties of record.   Upon issuance and service of the discharge, this case shall be reclosed without further order of the court.

# # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor and the case Trustee